IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARON PRICE,

    Petitioner,

v.                                       4:13cv652-WS

FLOURNOY, Warden,

    Respondent.

---

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed February 24, 2015.  See Doc. 21.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction.  The petitioner has filed no objections to the report and recommendation.

Having considered the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 13) is hereby DISMISSED for lack of jurisdiction.

3.  The clerk is directed to enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ___26th___ day of ___March___, 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE